# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| TURNER, JERMAINE DEONTAE | § | Case No. 10-15905 JKC |
| TURNER, VANESSA MARIE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JENICE GOLSON-DUNLAP, ESQUIRE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 136,478.45
*(Without deducting any secured claims)*

Assets Exempt: 10,506.45

Total Distributions to Claimants:  1,614.87

Claims Discharged
Without Payment:  91,535.00

Total Expenses of Administration:  636.35

---

3) Total gross receipts of $ 2,630.01  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 378.79  (see **Exhibit 2**), yielded net receipts of $ 2,251.22  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 128,309.40 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 636.35 | 636.35 | 636.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,178.00 | 41,971.87 | 41,971.87 | 1,614.87 |
| **TOTAL DISBURSEMENTS** | $ 179,487.40 | $ 42,608.22 | $ 42,608.22 | $ 2,251.22 |

4) This case was originally filed under chapter 7 on  10/21/2010 .  The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2012 _____    By: _____ /s/JENICE GOLSON-DUNLAP, ESQUIRE _____
                                                       JENICE GOLSON-DUNLAP, ESQUIRE
JENICE GOLSON-DUNLAP, P.C.
CHAPTER 7 TRUSTEE
1 N. PENNSYLVANIA ST., SUITE 1050
INDIANAPOLIS, IN 46204
Phone: (317) 263-3580
Fax: (317) 663-2898
Email: jgolson-dunlap@epiqtrustee.com

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT


## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential prorated tax refunds | 1124-000 | 2,630.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.01 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,630.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JERMAINE DEONTAE TURNER | Non-Estate Funds Paid to Third Parties | 8500-002 | 378.79 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 378.79** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | 124,522.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FHA c/o U. S. Attorney 10 W. Market St, #2100 Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | Fireside Bank Attention: Bankruptcy Po Box 9085 Pleasanton, CA 94566 | | 2,111.00 | NA | NA | 0.00 |
| | Heartland Crossing Foundation 509 E National Ave Indianapolis, IN 46227 | | 1,676.40 | NA | NA | 0.00 |
| | Marion County Small Claims Court Lawrence Division - 49K03-0912-SC-6702 4455 MCCoy Street Indianapolis, IN 46226 | | 0.00 | NA | NA | 0.00 |
| | Robert Roache 8144 Bowline Court Indianapolis, IN 46236 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 128,309.40** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENICE GOLSON-DUNLAP, TRUSEE | 2100-000 | NA | 562.81 | 562.81 | 562.81 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENICE GOLSON-DUNLAP, TRUSEE | 2200-000 | NA | 70.67 | 70.67 | 70.67 |
| BANK OF AMERICA | 2600-000 | NA | 2.87 | 2.87 | 2.87 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 636.35 | $ 636.35 | $ 636.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acct Recov 555 Van Reed Rd Wyomissing, PA 19610 | | 2,519.00 | NA | NA | 0.00 |
| | American Financial Cre 9247 N Meridian Indianapolis, IN 46260 | | 45.00 | NA | NA | 0.00 |
| | Applied Card Bank Attention: General Inquiries Po Box 17125 Wilmington, DE 19850 | | 1,274.00 | NA | NA | 0.00 |
| | Applied Card Bank Attention: General Inquiries Po Box 17125 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | 1,224.00 | NA | NA | 0.00 |
| | Atlantic Credit & Finance Inc. P. O. Box 13386 Roanoke, VA 24033 | | 1,259.00 | NA | NA | 0.00 |
| | Capital One Auto Finance 3901 N Dallas Pkwy Plano, TX 75093 | | 6,799.00 | NA | NA | 0.00 |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | 1,616.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | 1,512.00 | NA | NA | 0.00 |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 986.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 7,955.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 4,550.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 3,580.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chela Attn: Bankruptcy Po Box 9500 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Chrysler Financial Po Box 950 Chalfont, PA 18914 | | 0.00 | NA | NA | 0.00 |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 4,607.00 | NA | NA | 0.00 |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 4,358.00 | NA | NA | 0.00 |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 1,663.00 | NA | NA | 0.00 |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | 533.00 | NA | NA | 0.00 |
| | Div Adj Serv 600 Coon Rapids Blvd Nw Coon Rapids, MN 55433 | | 402.00 | NA | NA | 0.00 |
| | First Community Fcu 310 S Riverview Parchment, MI 49004 | | 0.00 | NA | NA | 0.00 |
| | First Place Bank 185 E Market St Warren, OH 44482 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank Po Box 5524 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/hh Gregg 950 Forrer Blvd Kettering, OH 45420 | | 0.00 | NA | NA | 0.00 |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 5263 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Iei Financial Services Attn: Bankruptcy Po Box 42788 Indianapolis, IN 46242 | | 246.00 | NA | NA | 0.00 |
| | Imc Credit Services 8019 Castleton Roa Indianapolis, IN 46250 | | 160.00 | NA | NA | 0.00 |
| | Imc Credit Services 8019 Castleton Roa Indianapolis, IN 46250 | | 0.00 | NA | NA | 0.00 |
| | Imc Credit Services 8019 Castleton Roa Indianapolis, IN 46250 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jon P. Clemons 525 Vine Street, Suite 800 Cincinnati, OH 45202 | | 0.00 | NA | NA | 0.00 |
| | Lincoln Tech 1 Plymouth Meeting Plymouth Meeti, PA 19462 | | 0.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | 865.00 | NA | NA | 0.00 |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | 1,118.00 | NA | NA | 0.00 |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | 508.00 | NA | NA | 0.00 |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | 375.00 | NA | NA | 0.00 |
| | Marion County Superior Court 49D02-0903-CC-013398 200 E. Washington St Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marion County Superior Court 49D12-0911-CC-53715 200 E. Washington St Indianapolis, IN 46204 | | 0.00 | NA | NA | 0.00 |
| | Midland Credit Management Po Box 939019 San Diego, CA 92193 | | 863.00 | NA | NA | 0.00 |
| | Nco Fin /99 555 Van Reed Rd Wyomissing, PA 19610 | | 489.00 | NA | NA | 0.00 |
| | Purco Fleet Services 136 S Main St Spanish Fork, UT 84660 | | 0.00 | NA | NA | 0.00 |
| | Salute Pob 105555 Atlanta, GA 30348 | | 794.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Student Loan Mkt Assn Attention: Claims Dept Po Box 9400 Wilkes-Barre, PA 18773 | | 0.00 | NA | NA | 0.00 |
| | Target Po Box 9475 Minneapolis, MN 55440 | | 831.00 | NA | NA | 0.00 |
| | Target Po Box 9475 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | Unique National Collec 119 E Maple St Jeffersonville, IN 47130 | | 47.00 | NA | NA | 0.00 |
| | United Consumer Financial Services 865 Bassett Rd Westlake, OH 44145 | | 0.00 | NA | NA | 0.00 |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 831.06 | 831.06 | 31.98 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | ATLANTIC CREDIT & FINANCE, INC. | 7100-000 | NA | 1,720.72 | 1,720.72 | 66.20 |
| 9 | CAPITAL RECOVERY IV LLC | 7100-000 | NA | 886.05 | 886.05 | 34.09 |
| 10 | CAPITAL RECOVERY IV LLC | 7100-000 | NA | 986.06 | 986.06 | 37.94 |
| 2 | CHASE BANK USA, N.A. | 7100-000 | NA | 986.98 | 986.98 | 37.97 |
| 8 | IMC CREDIT SERVICES, LLC. | 7100-000 | NA | 6,705.82 | 6,705.82 | 258.01 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 707.21 | 707.21 | 27.21 |
| 4 | SALLIE MAE | 7100-000 | NA | 8,365.18 | 8,365.18 | 321.85 |
| 5 | SALLIE MAE | 7100-000 | NA | 8,569.42 | 8,569.42 | 329.71 |
| 6 | SALLIE MAE INC, ON BEHALF OF THE | 7100-000 | NA | 11,690.67 | 11,690.67 | 449.80 |
| 7 | UNITED CONSUMER FINANCIAL SERVICES | 7100-000 | NA | 522.70 | 522.70 | 20.11 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 51,178.00 | $ 41,971.87 | $ 41,971.87 | $ 1,614.87 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| | |
|---|---|
| Case No: | 10-15905    JKC    Judge: JAMES K. COACHYS |
| Case Name: | TURNER, JERMAINE DEONTAE |
| | TURNER, VANESSA MARIE |
| For Period Ending: | 06/30/12 |

| | |
|---|---|
| Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
| Date Filed (f) or Converted (c): | 10/21/10 (f) |
| 341(a) Meeting Date: | 12/08/10 |
| Claims Bar Date: | 05/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate and improvements located at 8435 Wheat | 126,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Woodforest National Bank checking | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. Security deposit with Citizens Gas | 150.00 | 0.00 | OA | 0.00 | FA |
| 4. Household Goods In Debtor's Possession | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 5. Clothing In Debtor's Possession | 400.00 | 0.00 | OA | 0.00 | FA |
| 6. Wedding Bands In Debtor's Possession | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. Weight Set In Debtor's Possession | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Term Life Insurance through Employer; Wife is bene | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. 401K through JP Morgan | 4,894.00 | 0.00 | OA | 0.00 | FA |
| 10. 401k through Employer | 34.45 | 0.00 | OA | 0.00 | FA |
| 11. Potential prorated tax refunds 2010 tax refund | 0.00 | 1,960.19 | | 2,630.00 | FA |
| 12. Potential federal and Indiana earned income tax cr | 0.00 | 0.00 | OA | 0.00 | FA |
| 13. 2002 Pontiac Grand Prix In debtor's possession | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 14. Laptop In Debtor's Possession | 300.00 | 0.00 | OA | 0.00 | FA |
| 15. 25% WAGES DUE TO DEBTOR (u) | Unknown | 291.02 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.01 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $136,478.45 | $2,251.21 | | $2,630.01 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Possible assets are 2010 tax returns & 25% of wages.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Page:     2

| | | | |
|---|---|---|---|
| Case No: | 10-15905        JKC    Judge: JAMES K. COACHYS | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name: | TURNER, JERMAINE DEONTAE | Date Filed (f) or Converted (c): | 10/21/10 (f) |
| | TURNER, VANESSA MARIE | 341(a) Meeting Date: | 12/08/10 |
| | | Claims Bar Date: | 05/12/11 |

Initial Projected Date of Final Report (TFR): 10/21/12        Current Projected Date of Final Report (TFR): 10/21/12

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  10-15905  -JKC | Trustee Name:    JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name:  TURNER, JERMAINE DEONTAE | Bank Name:    BANK OF AMERICA |
| TURNER, VANESSA MARIE | Account Number / CD #:    *******4947  Money Market Account (Interest Earn |
| Taxpayer ID No:  *******0117 | |
| For Period Ending:  06/30/12 | Blanket Bond (per case limit):  $ 74,147,352.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C   05/09/11 | 11 | UNITED STATES TREASURY | FEDERAL TAX REFUND | 1124-000 | 2,630.00 | | 2,630.00 |
| | | AUSTIN TEXAS | | | | | |
| C   05/19/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,630.01 |
| C t 05/19/11 | | Transfer to Acct #*******5289 | Final Posting Transfer | 9999-000 | | 2,630.01 | 0.00 |

```
*   Reversed
t   Funds Transfer
C   Bank Cleared
```

| | | | | | |
|---|---|---|---|---|---|
| Account   *******4947 | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 2,630.00 | 0   Checks | 0.00 |
| | 1 | Interest Postings | 0.01 | 0   Adjustments Out | 0.00 |
| | | | | 1   Transfers Out | 2,630.01 |
| | | Subtotal | $    2,630.01 | | |
| | | | | Total | $    2,630.01 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $    2,630.01 | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| | |
|---|---|
| Case No:        10-15905  -JKC | Trustee Name:        JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name:    TURNER, JERMAINE DEONTAE | Bank Name:        BANK OF AMERICA |
|                        TURNER, VANESSA MARIE | Account Number / CD #:        *******5289  BofA Checking Account |
| Taxpayer ID No:  *******0117 | |
| For Period Ending:  06/30/12 | Blanket Bond (per case limit):  $ 74,147,352.00 |
| | Separate Bond (if applicable): |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 0.00 |
| C t | 05/19/11 | | Transfer from Acct #*******4947 | Transfer In From MMA Account | 9999-000 | 2,630.01 | | 2,630.01 |
| C | 05/19/11 | 000101 | JERMAINE DEONTAE TURNER | NONE ESTATE FUNDS PAID 3RD PARTIES | 8500-002 | | 378.79 | 2,251.22 |
| | | | VANESSA MARIE TURNER | Proceeds due debtors from partial year 2010 tax | | | | |
| | | | 8435 WHEATFIELD DR. | refunds. | | | | |
| | | | CAMBY, IN  46113 | | | | | |
| C | 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 2.87 | 2,248.35 |
| C | 12/29/11 | 000102 | JENICE GOLSON-DUNLAP, TRUSEE | Chapter 7 Compensation/Expense | | | 633.48 | 1,614.87 |
| | | | 1 N. PENNSYLVANIA ST., SUITE 1050 | | | | | |
| | | | INDIANAPOLIS, IN  46204 | | | | | |
| | | | | Fees                    562.81 | 2100-000 | | | |
| | | | | Expenses           70.67 | 2200-000 | | | |
| C | 12/29/11 | 000103 | AMERICAN INFOSOURCE LP AS AGENT FOR | Claim 1, Payment 3.84810% | 7100-000 | | 31.98 | 1,582.89 |
| | | | TARGET | ACCOUNT NUMBER 4890 | | | | |
| | | | PO BOX 248866 | | | | | |
| | | | OKLAHOMA CITY, OK 73124-8866 | | | | | |
| C | 12/29/11 | 000104 | CAPITAL RECOVERY IV LLC | Claim 10, Payment 3.84764% | 7100-000 | | 37.94 | 1,544.95 |
| | | | C/O RECOVERY MANAGEMENT SYSTEMS | (10-1) HH GREGG 4178 | | | | |
| | | | CORPORAT | | | | | |
| | | | 25 SE 2ND AVENUE SUITE 1120 | | | | | |
| | | | MIAMI FL 33131-1605 | | | | | |
| C | 12/29/11 | 000105 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim 11, Payment 3.84751% | 7100-000 | | 27.21 | 1,517.74 |
| | | | POB 12914 | ACCOUNT NUMBER 3309 | | | | |
| | | | NORFOLK VA 23541 | | | | | |
| C | 12/29/11 | 000106 | CHASE BANK USA, N.A. | Claim 2, Payment 3.84709% | 7100-000 | | 37.97 | 1,479.77 |
| | | | PO BOX 15145 | ACCOUNT NUMBER 9354 | | | | |
| | | | WILMINGTON, DE 19850-5145 | | | | | |
| C | 12/29/11 | 000107 | ATLANTIC CREDIT & FINANCE, INC. | Claim 3, Payment 3.84723% | 7100-000 | | 66.20 | 1,413.57 |
| | | | C/O JULIANA G. ROBERTSON, ESQ. | ACCOUNT NUMBER 09010105 | | | | |
| | | | 7915 S. EMERSON AVE., SUITE B-230 | | | | | |
| | | | INDIANAPOLIS, IN 46237 | | | | | |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 16.06d

**FORM 2**

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15905 -JKC | | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
| Case Name: | TURNER, JERMAINE DEONTAE | | Bank Name: | BANK OF AMERICA |
| | TURNER, VANESSA MARIE | | Account Number / CD #: | *******5289  BofA Checking Account |
| Taxpayer ID No: | *******0117 | | | |
| For Period Ending: | 06/30/12 | | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C | 12/29/11 | 000108 | SALLIE MAE<br>C/O SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE, PA 18706 | Claim 4, Payment 3.84750%<br>ACCOUNT NUMBER 7506 | 7100-000 | | 321.85 | 1,091.72 |
| C | 12/29/11 | 000109 | SALLIE MAE<br>C/O SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE, PA 18706 | Claim 5, Payment 3.84752%<br>ACCOUNT NUMBER 9751 | 7100-000 | | 329.71 | 762.01 |
| C | 12/29/11 | 000110 | SALLIE MAE INC, ON BEHALF OF THE<br>DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | Claim 6, Payment 3.84751%<br>ACCOUNT NUMBER 9751 | 7100-000 | | 449.80 | 312.21 |
| C | 12/29/11 | 000111 | UNITED CONSUMER FINANCIAL SERVICES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | Claim 7, Payment 3.84733%<br>ACCOUNT NUMBER 9241 | 7100-000 | | 20.11 | 292.10 |
| C | 12/29/11 | 000112 | IMC CREDIT SERVICES, LLC.<br>PO BOX 20636<br>INDIANAPOLIS, IN 46220 | Claim 8, Payment 3.84755%<br>ACCOUNT NUMBER 7506 | 7100-000 | | 258.01 | 34.09 |
| C | 12/29/11 | 000113 | CAPITAL RECOVERY IV LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Claim 9, Payment 3.84741%<br>ACCOUNT NUMBER 1017<br>ASSOCIATION - BEST BUY | 7100-000 | | 34.09 | 0.00 |

Ver: 16.06d

**FORM 2**

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-15905  -JKC | Trustee Name: | JENICE GOLSON-DUNLAP, ESQUIRE |
|---|---|---|---|
| Case Name: | TURNER, JERMAINE DEONTAE | Bank Name: | BANK OF AMERICA |
| | TURNER, VANESSA MARIE | Account Number / CD #: | *******5289  BofA Checking Account |
| Taxpayer ID No: | *******0117 | | |
| For Period Ending: | 06/30/12 | Blanket Bond (per case limit): | $ 74,147,352.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account | *******5289 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | Deposits | 0.00 | 13 | Checks | 2,627.14 |
| | | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 2.87 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 0.00 | | | |
| | | | | | | Total | $ 2,630.01 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 2,630.01 | | | |
| | | | Total | $ 2,630.01 | | | |

| Report Totals | | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 2,630.00 | 13 | Checks | 2,627.14 |
| | | 1 | Interest Postings | 0.01 | 1 | Adjustments Out | 2.87 |
| | | | | | 1 | Transfers Out | 2,630.01 |
| | | | Subtotal | $ 2,630.01 | | | |
| | | | | | | Total | $ 5,260.02 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 2,630.01 | | | |
| | | | Total | $ 5,260.02 | | Net Total Balance | $ 0.00 |

Ver: 16.06d